| STATE OF LOUISIANA | NO. 24-KH-420 |
|---|---|

STATE OF LOUISIANA

VERSUS

JONATHAN JOHNSON

NO. 24-KH-420

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 16, 2024

Linda Wiseman
First Deputy Clerk

IN RE JONATHAN JOHNSON

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 94-5623, 94-6581

Panel composed of Judges Fredericka Homberg Wicker,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED**

In his writ application, relator, Jonathan Johnson, contends that the trial court erred by denying his motion for an out of time appeal and motion to set aside his guilty pleas as untimely. Relator contends that his guilty pleas are invalid because the trial court did not advise him of his right to a judge trial. For the following reasons, we deny relator's writ application.

A motion for an out of time appeal and to withdraw a guilty plea after sentencing are requests for post-conviction relief that must be filed in accordance with the time limitations set forth in La. C.Cr.P. art. 930.8. *See State v. Johnson*, 18-1462 (La. 4/29/19), 268 So.3d 290. An application for post-conviction relief shall not be considered if it is filed more than two years after the judgment of conviction and sentence has become final, unless an exception to the time limit applies. La. C.Cr.P. art. 930.8.

Relator pled guilty to theft in excess of $500 and unauthorized use of a movable in excess of $1,000 in 1995 and was sentenced to five years on each charge to run concurrently. Clearly, his request for post-conviction relief is untimely. Accordingly, we find that the trial court did not err by denying relator's request for relief. This writ application is denied.

Gretna, Louisiana, this 16th day of September, 2024.

SUS
FHW
JJM

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/16/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-420**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Jonathan Johnson #119406 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426